**No. 132, Original. (R46-009). Alabama, et al., Plaintiffs v. North Carolina.**

562 U.S. 1175, 131 S. Ct. 1041, 178 L. Ed. 2d 822, 2011 U.S. LEXIS 909.

January 18, 2011. The bill of complaint in the above-entitled case was dismissed today pursuant to Rule 46.1 of the Rules of this Court.

Former decision, 560 U.S. 330, 130 S. Ct. 2295, 176 L. Ed. 2d 1070, 2010 U.S. LEXIS 4381.

**No. 10-7498. Thelma Williams, Jr., Petitioner v. Barbara Smallwood, et al.**

562 U.S. 1175, 131 S. Ct. 1010, 178 L. Ed. 2d 822, 2011 U.S. LEXIS 655.

January 18, 2011. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit dismissed. See Rule 39.8.

**No. 10-7576. Ernest Miller, Petitioner v. California.**

562 U.S. 1175, 131 S. Ct. 1015, 178 L. Ed. 2d 822, 2011 U.S. LEXIS 677.

January 18, 2011. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the Supreme Court of California dismissed. See Rule 39.8.

**No. 10-7591. James A. Childs, Petitioner v. James Olson, et al.**

562 U.S. 1175, 131 S. Ct. 1016, 178 L. Ed. 2d 822, 2011 U.S. LEXIS 703.

January 18, 2011. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit dismissed. See Rule 39.8. As petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in non-criminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and petition submitted in compliance with Rule 33.1. See Martin v. District of Columbia Court of Appeals, 506 U.S. 1, 113 S. Ct. 397, 121 L. Ed. 2d 305 (1992) (per curiam).

**No. 10M60. Kenneth J. Walsh, Petitioner v. Eugene Patitucci.**

562 U.S. 1175, 131 S. Ct. 1035, 178 L. Ed. 2d 822, 2011 U.S. LEXIS 839.

January 18, 2011. Motion to direct the Clerk to file a petition for writ of certiorari out of time denied.

**No. 10M61. Lurene Leatherwood, Petitioner v. Anna's Linens Company.**

562 U.S. 1175, 131 S. Ct. 1035, 178 L. Ed. 2d 822, 2011 U.S. LEXIS 824.

January 18, 2011. Motion to direct the Clerk to file a petition for writ of certiorari out of time denied.